UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 5:14-cr-00005-JLT

U.S.A.
v.

ERIN CARTER

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✔) **FINE** of $ 475.00        ( ) **Penalty ASSESSMENT** of $ _____
(✔) **PROCESSING Fee** of $ 25.00        for a **TOTAL AMOUNT** of $ 500.00 ,
paid within 1 year days. **OR** payments of $ _____ per month, commencing _____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

(✔) REVIEW/Post Sentencing HEARING DATE: 4/7/2015 at 9:00 a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
(✔) COMMUNITY SERVICE 50 hours _____ with fees not to exceed $ _____
to be completed by 10/6/2015 _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| | | |
|---|---|---|
| [ ] CENTRAL VIOLATIONS BUREAU<br>PO Box 71363<br>Philadelphia, PA 19176-1363<br>1-800-827-2982 | [✓] CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721<br>559-499-5600 | [ ] (Traffic School payments / certificates are mailed to)<br>U.S. Courts - CVB<br>PO Box 780549<br>San Antonio, TX 78278-0549<br>1-800-827-2982 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 10/7/2014        /s/ Jennifer L. Thurston
                        U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007