HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ERIN CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERIN CARTER, <br><br> Defendant. | Case No. 5:14-cr-00005-JLT <br><br> MOTION TO MODIFY CONDITIONS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c) and [~~PROPOSED~~] ORDER |

Defendant Erin Carter, by and through her counsel of record, Assistant Federal Defender Erin Snider, hereby moves pursuant to 18 U.S.C. § 3563(c) to modify the conditions of her unsupervised probation.  The government does not oppose this request.

On October 7, 2014, this Court placed Ms. Carter on one year of unsupervised probation pursuant to 18 U.S.C. § 3607.  As conditions of her probation, the Court ordered Ms. Carter to pay a $475 fine and a $25 special assessment and complete fifty hours of community service.  On April 7, 2015, the Court held a review hearing.  At the review hearing, the Court acknowledged that Ms. Carter had paid $250 toward her fine.  The Court set a further review hearing for September 8, 2015.

Ms. Carter now requests that the Court modify the conditions of her probation.  At the time of her sentencing, Ms. Carter requested a sentence consisting of both a fine and community service because she did not believe she could pay the full $1,000 mandatory minimum under 21

U.S.C. § 844.  Ms. Carter, however, has been busy studying for school and has not had time to complete the community service hours.  Ms. Carter, therefore, requests that the Court convert the fifty hours of community service to a $500 fine.  She has sufficient funds at this time to pay the $500, plus her remaining fine balance of $250, prior to her September 8, 2015 review hearing.

WHEREFORE, Ms. Carter requests that the conditions of her probation be modified pursuant to 18 U.S.C. § 3563(c).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 10, 2015

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ERIN CARTER

**O R D E R**

Pursuant Ms. Carter's request to modify her conditions of probation, the Court hereby modifies under 18 U.S.C. § 3563(c) Ms. Carter's conditions of probation as follows:

1. The fifty hours of community service shall be converted to a $500 fine;
2. The $500 SHALL be paid no later than **September 7, 2015.**

IT IS SO ORDERED.

Dated:   **August 11, 2015**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE